# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Nakia Epps Carson on behalf of J.C.**
   Plaintiff
 vs.         **CASE NUMBER: 1:10-CV-708 (FJS/VEB)**

**Michael J. Astrue, Commissioner, Social Security Administration**
   Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ACCEPTED in part and REJECTED in part, plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED. The Commissioner of Social Security's decision denying benefits is REVERSED and this matter is REMANDED for further proceedings in accordance with the Report and Recommendation pursuant to sentence four of 42 USC section 405(g). Judgment is hereby entered in favor of the plaintiff and this case is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 27th day of March, 2012.

DATED: March 27, 2012

*Laurence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk